THE STATE EX REL. HURT, APPELLANT, *v.* COX, SHERIFF, APPELLEE.

[Cite as *State ex rel. Hurt v. Cox* (1992), 64 Ohio St.3d 522.]

(No. 91–1976—Submitted July 8, 1992—Decided September 2, 1992.)

*Randall M. Dana,* Ohio Public Defender, *Randall L. Porter* and *Dale A. Baich; Steven R. Layman,* Assistant County Public Defender, for appellant.

*Jeffrey M. Welbaum,* Prosecuting Attorney, and *Thomas G. Petkewitz,* for appellee.

---

*Per Curiam.* The judgment of the court of appeals is affirmed. See *State ex rel. Shane v. New Philadelphia Police Dept.* (1990), 56 Ohio St.3d 36, 564 N.E.2d 89; *State ex rel. Scanlon v. Deters* (1989), 45 Ohio St.3d 376, 544 N.E.2d 680.

*Judgment affirmed.*

MOYER, C.J., HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, DOUGLAS and RESNICK, JJ., concur separately.

DOUGLAS, J., concurring. I concur with the judgment of the majority but for reasons other than those expressed by the majority. Having an allegedly "adequate remedy at law" is not a defense to a mandamus action filed pursuant to R.C. 149.43.

SWEENEY and RESNICK, JJ., concur in the foregoing concurring opinion.